UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEIDI DE LA CRUZ,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/17

16 Civ. 3954 (AT) (HBP)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objection to Magistrate Judge Pitman's May 3, 2017 report and recommendation, ECF No. 15, the Court has reviewed the recommendation and found "no clear error on the face of the record." *Santana v. United States*, 476 F. Supp. 2d 300, 302 (S.D.N.Y. 2007) (quoting *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). The Court, therefore, accepts and adopts the thorough and well-reasoned report, which recommends that the Commissioner of Social Security's motion to remand, ECF No. 13, be granted. Accordingly, this case is remanded to the Social Security Administration for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(c)(g) and 42 U.S.C § 1383(c)(3). The Clerk of Court is directed to terminate the motion at ECF No. 13 and close the case.

    SO ORDERED.

Dated: May 23, 2017
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge